```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,          )
                                   )        4:01CR3026
                    Plaintiff,     )
                                   )
        vs.                        )        ORDER
                                   )
ALEJANDRO GARCIA,                  )
                                   )
                    Defendant.     )
```

        IT IS ORDERED that a revocation hearing is set to commence at
12:15 p.m. on December 5, 2005, before the Hon. Warren K. Urbom,
United States Senior Judge, in Courtroom #4, United States
Courthouse, Lincoln, Nebraska.

        Dated: November 28, 2005.


                              BY THE COURT

                              s/ David L. Piester
                              _____
                              United States Magistrate Judge